**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**September 4, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 04-41432
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

ROBERT STEVEN MANSEAU

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 3:03-CR-12-8

Before KING, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Robert Steven Manseau has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Manseau has filed a response. Our independent review of the record, counsel's brief, and Manseau's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.